EL PUEBLO, DEMANDANTE Y APELADO, *v.* RIVERA, ACUSADO Y APELANTE.

EL PUEBLO, DEMANDANTE Y APELADO, *v.* GONZÁLEZ, ACUSADO Y APELANTE.

EL PUEBLO, DEMANDANTE Y APELADO, *v.* BONES, ACUSADO Y APELANTE.

EL PUEBLO, DEMANDANTE Y APELADO, *v.* GARCÍA, ACUSADO Y APELANTE.

APELACIONES procedentes de la Corte de Distrito de Guayama y de Ponce la última en causas por delito contra el derecho electoral. (Inf. del art. 162 del Código Penal).

Nos. 762, 763, 764 y 768.—Resueltos en marzo 8, 1915.

Resueltos por los fundamentos de la opinión emitida en el caso No. 761, *El Pueblo* v. *Gallardo,* (pág. 153).

Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.*

Los acusados no comparecieron.

> *Revocadas las sentencias apeladas, absolvién-*
> *dose a los acusados.*

.Jueces concurrentes: Sres. Asociados del Toro, Aldrey y Hutchison.

El Juez Presidente Sr. Hernández no formó parte del tribunal en la .vista de estos casos, con excepción del No. 7̣68, en el que concurrió.